*Inc.; Maxwell-Jolly* v. *Dominguez;* in No. 10–283, *Maxwell-Jolly* v. *Santa Rosa Memorial Hospital,* 562 U. S. 1177.] The parties and the Solicitor General are directed to file supplemental briefs addressing the following question: "What should be the effect, if any, of the developments discussed in the letter submitted by the Solicitor General on October 28, 2011, on the proper disposition of this case?" Briefs, in letter format, limited to 10 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Friday, November 18, 2011.

NOVEMBER 7, 2011

No. 11–5731. ABULKHAIR *v.* BOEHM ET AL. Sup. Ct. N. J. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6197. BRANHAM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11M40. CHEETAM *v.* STATE FARM FIRE & CASUALTY CO.; and

No. 11M41. PERRY-BEY *v.* CITY OF NORFOLK, VIRGINIA. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M42. IN RE BAKHOUCHE, AKA ALI. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.